VAN–124 Order Continuing Hearing – Rev. 01/29/2018

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### New Bern Division

IN RE:
Hadsadong Luangxay
*( debtor has no known aliases )*
MCAS
PSC Box 8052
Cherry Point, NC 28533

CASE NO.: 08–05407–8–DMW

DATE FILED: August 11, 2008

CHAPTER: 7

ORDER CONTINUING HEARING

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that the motion to continue is allowed. The hearing on the matter referenced below will be held as follows:

DATE:      Thursday, October 25, 2018
TIME:       10:00 AM
PLACE:     U.S. Post Office & Courthouse, 1st Floor–Courtroom/341 Meeting Location, 413 Middle Street, New Bern, NC 28560

Amended/Amendment to Motion/Application filed by Robert Lewis Jr. on behalf of Hadsadong Luangxay (related document no.20 Motion to Avoid Lien)

Amended/Amendment to Motion/Application filed by Robert Lewis Jr. on behalf of Hadsadong Luangxay (related document no.21 Motion for Sanctions)

and to transact all other business as may properly come before the court.

DATED: August 22, 2018

David M. Warren
United States Bankruptcy Judge