VAN–118 Notice of Hearing Date Change – Rev. 10/09/2018

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### New Bern Division

IN RE:
Hadsadong Luangxay
*( debtor has no known aliases )*
MCAS
PSC Box 8052
Cherry Point, NC 28533

CASE NO.: 08–05407–8–DMW

DATE FILED: August 11, 2008

CHAPTER: 7

## NOTICE OF HEARING CHANGE

NOTICE IS HEREBY GIVEN that the location of the hearing scheduled for October 25, 2018 has been changed to Randy D. Doub Courthouse, 2nd Floor Courtroom, 150 Reade Circle, Greenville, NC 27858. The time remains the same.

DATED: October 10, 2018

Stephanie J. Butler
Clerk of Court